To the Honorable Denise Hood,

My name is Brittany Puryear, and I am writing this letter as a family friend in support of Damon Perkins. I have known Damon for approximately five years and have had the opportunity to observe his character through consistent interaction with him and his family.

During the time I have known Damon, he has always conducted himself with respect, humility, and thoughtfulness. He is someone who listens more than he speaks and approaches situations with calm reasoning rather than impulse. In my experience, he is intentional about how he treats others and mindful of the example he sets, particularly around family and children.

I have seen Damon show up reliably for the people in his life, offering support without being asked and taking responsibility seriously. He is not someone who seeks attention or validation, but instead focuses on doing what is right and maintaining stability. His character reflects accountability and a genuine desire to improve himself and his circumstances.

Based on what I have personally observed over the years, I believe Damon is capable of continued growth and positive contribution. I respectfully offer this letter as an honest reflection of the person I have come to know and trust.

Thank you for your time and consideration.

Sincerely,
Brittany Puryear

Dear Honorable Denise Hood,

My name is Deijah Perkins, and I am the younger sister of Damon Perkins. I am 30 years old, and he is 32, so I have known him for my entire life, and we have always been very close. I write this letter with respect for the Court and with care for the seriousness of the matter before you.

My brother has always been a deeply loving and caring person, especially toward his family. He is someone who consistently puts others before himself and can be depended on in moments of need. Within our family, he has long been one of the more level-headed and grounded individuals, often serving as a steady presence during difficult times.

He has grown significantly over the years, and I have personally witnessed his maturity and increased sense of responsibility. He is not someone who seeks conflict, speaks poorly of others, or acts with malice. At his core, he is a kind and selfless person who values peace, loyalty, and doing right by the people around him.

Our family is very close-knit, and we support one another fully. My brother has the strong and consistent support of his family behind him, and we are committed to helping him move forward in a positive and stable direction. We believe in his ability to learn from this experience and to continue growing as a person.

He is also a devoted father to his four-year-old daughter, with whom he shares a very close and loving bond. Being present in her life is extremely important to him, and his role as her father is something he takes seriously and with great pride.

I understand that this letter does not excuse the situation before the Court, nor is it intended to minimize the responsibility my brother bears. I simply hope to provide insight into the person he is beyond this moment, and to express my belief that he is capable of continued growth, accountability, and positive contribution with the appropriate guidance and support.

Thank you for your time and consideration.

Respectfully,
Deijah Perkins

To Honorable Denise Hood,

My name is DeAsia Sampson, and I am writing this letter in support of Damon Perkins. I have known Damon for approximately 18 years as a close family friend, and during that time, I have had the opportunity to know him in both personal and professional settings.

Professionally, Damon was my manager while I was employed at a restaurant. In that role, he consistently demonstrated leadership, fairness, and a strong work ethic. He treated everyone with respect and maintained a calm, supportive presence, even in high-pressure situations. His ability to lead with integrity made a lasting impression on me.

On a personal level, Damon has been a steady and dependable source of support in my life. Throughout my religious journey, he has always been available whenever I needed guidance, encouragement, or simply someone to talk to. His willingness to listen and support others speaks volumes about his character and compassion.

Damon has also been an important figure in my family's life. He has shown genuine care for my children and has taken on an "uncle-like" role with them, always demonstrating patience, kindness, and responsibility. His presence has been consistent and positive, and I trust him completely around my family.

Based on my long-standing relationship with Damon, I can confidently say that he is a man of integrity, loyalty, and strong moral character. I respectfully offer this letter as a true reflection of the person I have known for nearly two decades.

Please feel free to contact me if any additional information is needed. Thank you for your time and consideration.

Sincerely,
DeAsia Sampson
Sampsondeasia@gmail.com

Dear Honorable Judge Denise Hood,

Our name is Lisa Perkins & Damon Perkins Sr. We are the parents of Damon Perkins Jr., the defendant before you for sentencing. We are writing this letter with the most respect for the Court and seriousness for our son's charges. We are in no way attempting to excuse his actions, and are fully aware that consequences are required for his charges. We are only asking that you consider his character in spite of the serious circumstances of his actions.

Damon is the middle child of six children. He has always been very energetic, full of joy and excitement, never giving his father and I any problems while growing up. He has always been very respectful and aware of the morals and values that were instilled in him. Damon began working in the family restaurant business at thirteen while going to school and being involved in sports. He graduated and attended one year of community college. In the family, he holds the title of everybody's favorite — favorite grandchild, favorite nephew, and favorite cousin. He goes out of his way for everybody and works just as hard at minding his business and staying out of conflicts and frivolous problems.

One of the things that makes us most proud of him is that every friend of ours who knows him and/or runs into him in public always lets us know how kind and respectful he is, how he greets them, and the hugs he gives out. These moments assure us that he still has the values we instilled in him and goodness inside of him in spite of his circumstances.

Damon is also the father of a beautiful three-year-old daughter named Navy, whom he adores, loves, and lives for. She loves and adores him. Watching the love and protection he pours into her before and even more so after his arrest has shown us he is very serious about righting his wrongs. We are sure that he is now fully aware of the totality of his consequences and how it will affect the people he loves and who love him the most. It will be a very painful consequence that we are on our knees praying he will evolve from with all the intentions it is designed to do — assist him with reform and to maybe be the engineer we knew he had the skills to be.

If given any amount of leniency, we are positive he will be a productive member of society and ready to give back in ways that he himself can be proud of. We will work tirelessly to support and ensure that he is forever mindful of his second chance and his responsibility to honor that opportunity. We will also work to put God into everything that he even thinks about, and that it is only because of God that he can do all positive things possible.

Your Honor, we ask that you not only consider his mistakes, but the entire person he is and the good he can do and be if given any amount of leniency.

Respectfully yours,
Lisa Perkins & Damon Perkins Sr.
6007 Danbury Court
West Bloomfield, MI 48322

Dear Honorable Judge Denise Hood,

My name is Michael Evans Sr., and I am writing this letter in support of my nephew, Damon Lamont Perkins Jr., in reference to his upcoming sentencing.

Damon has always been a good nephew and has maintained strong relationships with his family. He has consistently shown care and loyalty toward those close to him. While I recognize the seriousness of the circumstances he is currently facing, those circumstances do not fully define who he is as a person. Like anyone, he has made mistakes, but there remains a great deal of good in him.

Damon has always been hardworking and dependable. I have watched him grow from a child into a thoughtful young man and a devoted father. He is someone who shows up for family and friends with a positive attitude and a willingness to help whenever he is needed.

Over the past few years, I have spent a significant amount of time with Damon discussing life choices and working toward a new direction that benefits both his life and the life of his daughter. We have spoken openly about accountability, making better decisions, and committing to a future focused on staying out of trouble and becoming a productive, upstanding man he can be proud of.

Thank you for your time and consideration.

Respectfully,
Michael Evans Sr.
313-864-8161

Stanley Brazil
Saginaw, Michigan
February 20, 2026

Honorable Judge
United States District Court
Eastern District of Michigan

**Re: Character Letter for Damon Perkins**

Dear Honorable Judge,

My name is Stanley Brazil, and I am writing in support of my friend, Damon Perkins. I have known Damon for several years, and during that time I have come to know him as a reliable, caring, and genuinely selfless person who consistently puts others before himself.

One example that reflects Damon's character occurred when a close friend of ours unexpectedly lost his job and was struggling to support his family. Damon stepped in without hesitation. He contributed financially, helped him search for employment, and regularly checked in to ensure the family had food and essential needs met. What stands out most is that Damon never shared what he was doing with others. He did not look for praise, recognition, or a pat on the back. He helped quietly and sincerely because that is simply who he is.

Another example of Damon's character is his dependability during difficult times. When someone needs transportation to work, help moving, or emotional support during a crisis, Damon shows up. Even when managing his own responsibilities, he makes himself available. He does not seek attention for these acts and does not expect anything in return. His willingness to quietly support others speaks to his integrity and the kind of man he strives to be.

I fully understand the seriousness of the matter before this Court and respect the responsibility placed upon you. I am not writing to excuse wrongdoing, but to provide a fuller picture of Damon's character. The man I know is capable of accountability, reflection, and meaningful change. I sincerely hope the Court will consider these qualities when determining an appropriate sentence. I truly believe that, given the opportunity, Damon will return to society determined to move forward in a positive and productive way.

Thank you for your time, consideration, and service.

Respectfully,

Stanley Brazil

To the Honorable Denise Hood,

I, Sydney Davis, am writing to you regarding Damon Perkins in reference to sentencing consideration. While I understand the seriousness of the matter before the Court, I would like to offer insight into his rehabilitation and character.

As a family friend, I have known Damon for well over 25 years. Since his arrest, I have observed a meaningful shift in Damon's character. He has demonstrated increased self-awareness, accountability, and emotional maturity in the way he carries himself and interacts with others. He is more intentional, reflective, and focused on personal growth than I have ever seen him before. His actions show a genuine commitment to making better choices and living with greater purpose and discipline. These changes have been consistent and sustained, not temporary, and reflect sincere effort rather than words alone.

Since this occurred, I have also had the opportunity to witness his commitment to rehabilitation in regard to prior drug use. He has completed an in-patient rehabilitation program and plans to continue treatment long-term, including seeking ongoing support upon release. I have additionally seen him develop strong personal discipline, becoming an avid reader and averaging approximately five books per month, primarily focused on self-improvement and learning new skills.

I understand that Federal Guidelines provide a range regarding sentencing, and I respect the Court's discretion in this matter. I am not writing to request leniency simply for the sake of release, but rather to respectfully offer my perspective in support of a second chance based on the genuine growth and effort I have observed.

Thank you for your time and consideration.

Sincerely,
Sydney Davis

Dear Judge Denise Hood,

My name is Evelyn Keathley, and I have had the pleasure of knowing Damon for about seven years. I consider myself like another grandmother to him. This young man possesses an amazing heart and has always been there to help me whenever I needed it.

I understand the unfortunate situation he has found himself in, but I see him working hard to become a better man. He is committed to his sobriety and is seeking to turn his life around while drawing closer to God. We all make mistakes, and I kindly ask that you show leniency toward him and grant him a second chance at life. He is still very young and has the potential to show you that he can be a positive influence in his community and society.

I hope you recognize the progress he has made and can extend as much leniency as possible during this process. It is particularly challenging for African American men in today's world, and while I am not making excuses for him, I acknowledge the unique obstacles they face.

With the support of his loving family and his determination, I truly believe that a second chance will enable him to surprise not only you but also his family and community as he turns his pain into ambition and progress.

Thank you for taking the time to read my letter, and please keep him in your prayers during this difficult time.

Thank you,

Mrs. Evelyn Keathley

313-838-0103

 **Gmail**

**Christopher <cstump@perkinslawgroup.net>**

## Damon character letter

1 message

**j_dubwalker@yahoo.com** <j_dubwalker@yahoo.com>
Reply-To: "j_dubwalker@yahoo.com" <j_dubwalker@yahoo.com>
To: "tperkins@perkinslawgroup.net" <tperkins@perkinslawgroup.net>

Thu, Feb 26, 2026 at 5:47 PM

Dear honorable judge Denise hood

My name is julius Walker I am writing you today in regards to damon perkins as I know he is about to come in front of you for sentencing I would just like to let u know I been knowing Damon for 15 years now and he has always been helpful in my life someone I know if I call on I don't have to think twice about he has been present in 6 year old son life and has helped as a uncle role he is the type of person who will be dearly missed in ways that could not be replaced in his absence I know that he is facing some serious legal actions but that doesn't define him he is a person that made a mistake and talking to him I can tell he is very remorseful and looking to turn his life around when he comes back home my family owns blvd brunch spot in Southfield Michigan and they are willing to employ him if need be I'm asking could you look at him as a great person that had made a a terrible mistake thank you

Julius Walker

Yahoo Mail: Search, Organize, Conquer

Lexus Powell
Co-Director of Performing Arts
River Rouge High School
1460 Coolidge Hwy
River Rouge, MI 48218
lexus.powell@rrsd.me
313.209.2420

Re: Character Letter in Support of Damon Perkins

Dear Honorable Judge,

My name is Lexus Powell, and I serve as the Co-Director of Performing Arts at River Rouge High School. I am writing to respectfully offer this character letter on behalf of Damon Perkins and to ask the Court to consider leniency in his sentencing.

Over the past several years, I have had the opportunity to know Damon through his consistent support of our school and community. During that time, I have come to know him as a devoted father, a generous supporter, and a man who genuinely cares about the well-being of others.

Damon has been a meaningful contributor to the River Rouge High School Performing Arts Department. Over the last two years, he has made donations that have directly helped our students access resources, opportunities, and experiences that enrich their education and personal growth. In a school district where many of our students face economic hardships, support like Damon's makes a real and lasting difference.

In addition to supporting our arts program, Damon has also contributed to our Thanksgiving turkey drive, helping ensure that families in our community were able to enjoy a holiday meal. His willingness to give back reflects his compassion and commitment to uplifting others.

Most importantly, Damon is a loving and dedicated father. It is clear that his daughter is at the center of his life. He speaks of her with pride and love, and he is committed to being present, supportive, and guiding in her life. His role as a father is one he values deeply.

While I understand and respect the seriousness of the situation before the Court, I hope you will also consider the positive impact Damon has had on his family, our students, and the River Rouge community. He has demonstrated generosity, leadership, and a willingness to invest in the future of young people.

Thank you for your time and consideration. I respectfully ask that you take Damon Perkins' character, his contributions to our school, and his role as a father into account when determining his sentence.

Respectfully,

Lexus Powell
Co-Director of Performing Arts
River Rouge High School

## Character Letter of Support

Dear Hon Judge Denise Hood,

 I'm writing this letter to provide my complete support to Damon Perkins. As someone who has known him his entire life, I can confidently attest to the beautiful qualities he holds. His Mom and I have known each other since 1985—long before Damon was born.
Our children grew up together, played together and built childhood memories together. He has 5 siblings of which he's closes to.

Damon comes from a structured, stable and loving family environment. As a child he was always a good kid...manurable and polite--He's still that man.
He went to top schools in Michigan with above average grades. My memory is that in one of the toughest subjects to some, he excelled in math—a little mathematician. He managed to play sports too where he shared a brotherly bond with his football teammates and never into trouble. Damon started working at a young age for his Uncle at his restaurant developing a strong work ethic where he was responsible and committed. You should know, even at his young age, he had a knack for mentoring and motivating his co-workers at the restaurant. Leaving a positive impact on those around him. He has a trustworthy compassionate spirit—A real sweetheart!

Damon is very different than the average black male his age. He's a hard worker yet has always been reserved, modest and a gentle soul. He greets people with a smile, a hug and respect always. He's the kind of man that will give someone his last, offer help where he can and committed to being there for family and friends.

Now that he's a father to his daughter Navy, I can see how important it is to him that he's what his parents have been to him. Giving her the love and teaching her the values, and respect he carries. He spends a lot of time with his daughter—it's obvious and clear that he's continuing to be great at parenting too.

I ask you to accept my character letter for Damon Perkins with hopes that this letter gives you insight to who he *truly* is as a person during your decisions.


Respectfully,

Monique Abdul-Aziz
Molr516@gmail.com

Date: February 25, 2026

Dear Judge Hood,

I am writing to you on behalf of Damon Perkins. I had the pleasure of meeting Damon over seven years ago, and I can attest to what a remarkable young man he is—filled with ambition, love, and a spirit of giving. My family has a long-standing tradition of feeding the homeless, supporting NSO, and adopting families for Christmas. When Damon came into our lives, he embraced these values and joined us in our efforts.

I am aware of the difficult circumstances he is currently facing, and I firmly believe that everyone deserves a second chance. With the support of counseling, prayer, and the love of his family, I am confident he will continue to grow into the better person he aspires to be. Damon has been raised by wonderful parents and, unfortunately, has found himself caught up in the challenging circumstances of the City of Detroit.

I have seen him working hard to improve himself, focusing on his sobriety and using his God-given talents to help others in crisis. I kindly ask for your leniency in his sentencing and to allow this young Black man the opportunity for a second chance at life.

Thank you for considering my letter, and I sincerely hope you will take compassion into account during his sentencing.

Sincerely,

Timika Green